Document Number  Case Number
P25              06-CR-0198-S
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
03/14/2007 10:00:22 AM CST

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                   ORDER

DARRELL KASNER,                   06-CR-198-S-01

        Defendant.
_____

    Defendant Darrell Kasner filed two motions to dismiss the indictment. The government opposed his motions. On March 2, 2007 the Honorable Stephen L. Crocker, United States Magistrate Judge, recommended that defendant's motions to dismiss be denied.

    Pursuant to 28 U.S.C. § 636(b)(1)(c), any objections to the recommendation were to be filed not later than March 12, 2007. No objections have been filed.

    Accordingly, the Court will adopt the Magistrate Judge's report and recommendation and deny defendant's motions to dismiss the indictment because defendant has not established a legal or factual basis on which to obtain pretrial dismissal of the indictment.

ORDER

    IT IS ORDERED that the Magistrate Judge's recommendation is ADOPTED.

U.S. v. Kasner, 06-CR-198-S

    IT IS FURTHER ORDERED that the defendant's motions to dismiss the indictment are DENIED.

    Entered this 13th day of March, 2007.

                              BY THE COURT:

                              /s/

                              JOHN C. SHABAZ

                              District Judge